**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Willie C. CALHOUN, Defendant–Appellant.**

**No. 06–14161**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

April 25, 2007.

Linda Collins Jensen, Mobile, AL, for Defendant–Appellant.

Richard H. Loftin, Mobile, AL, for Plaintiff–Appellee.

Before BIRCH, DUBINA and HULL, Circuit Judges.

PER CURIAM:

Linda Collins Jensen, appointed counsel for Willie C. Calhoun in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Calhoun's conviction and sentence are **AFFIRMED.**